

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2021

No. 04-20-00062-CV

**IN THE INTEREST OF K.M., B.M. AND A.B.M., MINOR CHILDREN,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-09419
Honorable Aaron Haas, Judge Presiding

# O R D E R

Appellant has filed a pro se motion requesting additional time to file his brief. In his motion, he explains that the copy of reporter's record sent to him was incorrect and from another cause. We GRANT his motion for extension of time to file his brief and direct the Clerk of this Court to send appellant the correct copy of the reporter's record in this appeal. Appellant's brief is due March 15, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court